**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 28, 2013.**



**In The**

# Fourteenth Court of Appeals

---

### NO. 14-12-00818-CR

---

### BOBBY JOSEPH JOHNSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

### On Appeal from the County Criminal Court at Law No. 15
### Harris County, Texas
### Trial Court Cause No. 1830703

---

## M E M O R A N D U M     O P I N I O N

Appellant was convicted of theft and sentenced to three days' confinement in the Harris County Jail. A written request to withdraw the notice of appeal in this case, personally signed by appellant, has been filed with this court. *See* Tex. R. App. P. 42.2. Because this court has not delivered an opinion, we grant appellant's request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the mandate of the court immediately.


PER CURIAM


Panel consists of Chief Justice Hedges and Justices Boyce and Donovan.

Do Not Publish — Tex. R. App. P. 47.2(b).